UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| TY'KEE WALMSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 0:22-cv-01762-SAL |
| | ) | |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, TY'KEE WALMSLEY, ("Plaintiff"), through her attorney, Chauntel D. Bland, informs this Honorable Court that Plaintiff and Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC., have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC., with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

By: /s/ Chauntel D. Bland
Chauntel D. Bland, Esquire
463 Regency Park Drive
Columbia, SC 29210
Tel: (803) 319-6262
Fax: (866) 322-6815
chauntel.bland@yahoo.com

## CERTIFICATE OF SERVICE

    I certify that on August 17, 2022, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                                              By: /s/ Chauntel D. Bland
                                                      Chauntel D. Bland